No. 296. MASTERSON ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph Goldberg* for petitioners. *Solicitor General Marshall* for the United States.

No. 298. HALKO *v.* ANDERSON. C. A. 3d Cir. Certiorari denied. *John J. Krafsig, Jr.,* for petitioner. *Ruth M. Ferrell, Deputy Attorney General of Delaware,* for respondent.

No. 301. LIPSHUTZ, EXECUTRIX, ET AL. *v.* MAZER, ADMINISTRATOR. C. A. 3d Cir. Certiorari denied. *Sanford D. Beecher* for petitioners. *Robert M. Bernstein* for respondent.

No. 303. VAN WAGENBERG *v.* VAN WAGENBERG. Ct. App. Md. Certiorari denied. *Raymond S. Smethurst, Jr.,* for petitioner. *Eric M. Javits* for respondent.

No. 307. LOUISIANA PUBLIC SERVICE COMMISSION *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 308. LOUISIANA GAS SERVICE CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. *Joseph H. Kavanaugh* for petitioner in No. 307. *Andrew P. Carter* and *Walter J. Suthon, III* for petitioners in No. 308. *Solicitor General Marshall, Richard A. Solomon* and *Howard E. Wahrenbrock* for the Federal Power Commission, and *Thomas M. Knebel* and *Garner W. Green* for Willmut Gas & Oil Co., respondents in both cases. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *J. Arthur Sandlin, Linward Shivers* and *C. Daniel Jones, Jr.,* Assistant Attorneys General, for the State of Texas et al., as *amici curiae,* in support of the petition in No. 307. Reported below: 359 F. 2d 525.